UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERINDERPAL DEOL, ) | CASE NO. C05-1116-MJP-MAT |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER FOR SERVICE, AND FOR |
| ) | STATUS REPORT |
| ALBERTO GONZALES, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

Petitioner has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his detention by the Bureau of Immigration and Customs Enforcement ("BICE"). It is therefore ORDERED:

(1) The Clerk shall arrange for service upon Alberto Gonzales, United States Attorney General in Washington, D.C., *et al.*, and upon the civil process clerk of the United States Attorney for the Western District of Washington, with copies of the Petition, of all documents in support thereof, and of this Order by registered or certified mail, return receipt requested. The Clerk shall also direct copies of this Order to the Federal Public Defender and the Office of Immigration Litigation in Washington, D.C.

(2) Petitioner alleges, *inter alia*, that his detention is unlawful because the BICE is unable to effectuate his removal to India in the reasonably foreseeable future. Given this allegation, the government is directed to submit evidence directed principally at the issue of petitioner's "entry"

ORDER FOR SERVICE, AND
FOR STATUS REPORT
PAGE -1

01 into the United States and the likelihood of his removal, in a Return and Status Report (RSR)
02 showing cause why the Petition should not be granted. The RSR shall be filed not later than thirty
03 (30) days prior to the expiration of the six month presumptively permissible period of detention,
04 as set forth by the Supreme Court in *Zadvydas v. Davis*, 533 U.S. 678, 121 S. Ct. 2491, 150 L.
05 Ed. 2d 653 (2001).
06     According to the Petition, the six month period in this case expired on or about May 26,
07 2005. Therefore, the RSR shall be filed no later than July 21, 2005.
08     (3) Counsel for petitioner may file a reply to the RSR within seven (7) business days of
09 receipt of the RSR.
10     (4) The Clerk is directed to also send a copy of this Order to the Honorable Marsha J.
11 Pechman.
12     DATED this 21st day of June, 2005.

                                        Mary Alice Theiler
                                        United States Magistrate Judge

ORDER FOR SERVICE, AND
FOR STATUS REPORT
PAGE -2